**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DARNAY L. SESSION, SR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-923-O-BP** |
| | § | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Plaintiff's Objections to the Magistrate Judge's Report and Recommendations and Motion for Temporary Restraining Order (ECF No. 13). The Court construes the Motion for Temporary Restraining Order as an objection because Plaintiff has not alleged that new "immediate and irreparable injury, loss, or damage will result." FED. R. CIV. P. 65(b). To date, Plaintiff has not attempted to pay the $405 filing and administrative fees nor sought permission to proceed in forma pauperis for this case to proceed. After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Federal Rules of Civil Procedure 41(b).

**SO ORDERED** on this **20th day** of **August 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE